RECEIVED

JUL 1 4 2005

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
MONROE LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| FREDRICK HOWARD | CIVIL ACTION NO. 05-0489-M |
| VS. | SECTION P |
| RICHARD STALDER, ET AL. | JUDGE JAMES |
| | MAGISTRATE JUDGE KIRK |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, including the objections filed by petitioner, and having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED** that this petition for writ of *habeas corpus* is **DENIED AND DISMISSED WITH PREJUDICE** since it plainly appears from the face of the petition and exhibits that the petitioner is not entitled to relief.

THUS DONE AND SIGNED, in chambers, in Monroe, Louisiana, on this 14 day of July, 2005.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE