RECEIVED

NOV 21 2005

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
MONROE, LOUISIANA

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

| | |
|---|---|
| **FREDERICK HOWARD** | **CIVIL ACTION NO. 3:05-CV-0489** |
| **VS** | **JUDGE ROBERT G. JAMES** |
| **RICHARD L. STALDER, ET AL.** | **MAG. JUDGE JAMES D. KIRK** |

**CERTIFICATE OF APPEALABILITY**

A final order having been filed in the above-captioned habeas case, the court, considering the record in this case and the requirements of 28 U.S.C. § 2253, hereby finds that:

✓ The certificate of appealability is DENIED because the applicant has failed to demonstrate a substantial showing of the denial of a constitutional right.

___ The certificate of appealability is GRANTED for the below reasons:

The applicant has made a substantial showing that the following issues constitute a denial of a constitutional right:

Signed at Monroe, Louisiana, this 19 day of November, 2005

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE